HOUSSIERE, DURANT & HOUSSIERE, LLP
1990 Post Oak Boulevard, Suite 800
Houston, Texas 77056-3812
Telephone: 713-626-3700
Facsimile: 713-626-3709

Monica C. Vaughan
Texas Bar No. 00794784
Attorneys for Plaintiff, Elidia Hartnett, Individually, on Behalf of the Estate of Elvira Alvarado, Deceased, and as Wrongful Death Beneficiary for Elvira Alvarado, Deceased

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No. 3:07-CV-01256-CRB**<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Elidia Hartnett, Individually, on Behalf of the Estate of Elvira Alvarado, Deceased, and as Wrongful Death Beneficiary for Elvira Alvarado, Deceased,<br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Pfizer Inc., et al.<br>　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, ELIDIA HARTNETT, INDIVIDUALLY, ON BEHALF OF

THE ESTATE OF ELVIRA ALVARADO, DECEASED, AND AS WRONGFUL DEATH

BENEFICIARY FOR ELVIRA ALVARADO, DECEASED, and Defendants, by and through the

undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorney's fees and costs.

DATED: 9/14, 2009

HOUSSIERE, DURANT & HOUSSIERE, LLP

By: _____
Monica C. Vaughan
Attorneys for Plaintiff, Elidia Hartnett, Individually, on Behalf of the Estate of Elvira Alvarado, Deceased, and as Wrongful Death Beneficiary for Elvira Alvarado, Deceased

DATED: December 8, 2009

DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: DEC 1 1 2009

_____
Hon. Charles R. Breyer
United States District Court